**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**       CASE NUMBER: 05-80025
                                       HONORABLE VICTORIA A. ROBERTS

**v.**

**D-1 TIMOTHY DENNIS O'REILLY,**

        **Defendant(s).**
_____/

## ORDER

This matter is before the Court on Defendant Timothy O'Reilly's "*Emergency Motion* to Exclude Zouelfikar Nehmeh as a Government Guilt Witness and for a Determination Before Opening Statements." (Doc. #574). O'Reilly says the Government should be prohibited from calling Nehmeh as a witness during the guilt phase of the trial, and from making reference to him as a witness during its opening statement.

Oral argument was heard on July 12, 2010.

For the reasons stated on the record, O'Reilly's motion is **DENIED**. The Government may introduce O'Reilly's alleged murder for hire plot with Nehmeh to rebut O'Reilly's position that he could not act independently of co-Defendant Norman Duncan.

1

**IT IS ORDERED**.

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: July 21, 2010

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 21, 2010.
>
> s/Linda Vertriest
> Deputy Clerk